# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-3029
_____

Brent A. Ristow

*Plaintiff - Appellant*

v.

Douglas R. Peterson; Thomas Henry Boyd; Juan G. Hoyos; John Michael Koneck;
Mark S. Kuppe; Shawne M. Monahan; Cheryl M. Prince; Pamela A. Thein;
Timothy Yuen Wong; Carol Martens; Erin C. Wacker; Natasha Karn; Karen
McGillic; Amanda Cunningham

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: February 6, 2023
Filed: February 15, 2023
[Unpublished]
_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Brent Ristow appeals the district court's[1] dismissal of his pro se action, brought under 42 U.S.C. §§ 1983 and 1985, challenging the proceedings which culminated in the denial of his admission to the Minnesota Bar. Upon careful de novo review, see Chase v. Andeavor Logistics, L.P., 12 F.4th 864, 868 (8th Cir. 2021) (standard of review), we conclude that dismissal was proper for the reasons stated by the district court.

The judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.